UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVEN A.W. DE JARAY and<br>PERIENNE DE JARAY,<br><br>  Plaintiffs,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 19-3130 (TNM)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of June 4, 2020, Plaintiffs Steven A.W. de Jaray and Perienne de Jaray and Defendant Federal Bureau of Investigation respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case involves Plaintiffs' August 2016 FOIA request to Defendant seeking all documents relating to Plaintiffs, Apex USA, Apex Canada, and Caliber Component Systems. ECF No. 1 Exhibit A.

As previously reported, the FBI's FOIA operations were inactive for a time and resumed limited operations on April 29, 2020. On June 4, 2020, the Court ordered Defendant to process at least 100 pages of requested records and produce responsive records on or before June 30, 2020. On June 8, 2020, the FBI resumed full staffing of FOIA operations.

On June 30, 2020, Defendant advised Plaintiffs that the agency had reviewed 301 pages and released 84 pages with redactions based on FOIA Exemptions 1, 3 (with 50 U.S.C. § 3024(i)(1) and Federal Rule of Criminal Procedure 6(e)), 4, 6, 7(C), 7(D), and 7(E), 5 U.S.C. 552(b)(1), (3), (4), (6), 7(C), 7(D), 7(E), as well as Exemption (j)(2) of the Privacy Act, 5 U.S.C. § 552a(j)(2). The FBI anticipates that it will review 500 pages in connection with the next

release by July 31, 2020. While the FBI's Record/Information Dissemination Section ("RIDS") will make its best efforts to meet this increased production goal, it may be negatively impacted by COVID-19 workplace disruptions or by Bureau operational necessity if RIDS personnel are assigned in support of FBI law enforcement efforts in response to issues arising out of or related to nationwide civil unrest.

The parties propose to submit a further Joint Status Report on September 4, 2020, or 14 days after the FBI completes its response to Plaintiff's request, whichever is sooner.

Dated:  July 6, 2020                                  Respectfully submitted,

BRACEWELL LLP

__/s/ _Stephen L. Braga_____
Stephen L. Braga, DC Bar # 366727
2001 M Street, N.W., Suite 900
Washington, D.C.  20036
Telephone:  (202) 828-5840
Facsimile  (202) 404-3970
stephen.braga@bracewell.com

Philip J. Bezanson
Washington State Bar No. 50892
701 5th Avenue, Suite 6200
Seattle, Washington  98104
Telephone:  (206) 204-6206
Facsimile: (800) 404-3970
philip.bezanson@bracewell.com

David B. Springer
Texas State Bar No. 24088775
111 Congress Avenue, Suite 2300
Austin, Texas  78701-4061
Telephone:  (512) 494-3680
Facsimile:  (800) 404-3790
david.springer@bracewell.com

*Counsel for Plaintiffs*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*